THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ELMORE BUTLER, JR., Defendant-Appellant.

(No. 57003; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)

First District (1st Division)—April 30, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago, (Michael Weininger, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Robert T. Cohen, Assistant State's Attorneys, of counsel,) for the People.